IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. 21-00157-CR-W-HFS |
| DAMON SHYRON BLY | ) |
| Defendant. | ) |

ORDER

After review of the record, including defendant's latest objections (Doc. 28), the Report and Recommendation (Doc. 26) is ADOPTED and the motion to dismiss (Doc. 13) is DENIED. The good faith delay in arrest, after largely timely efforts, seems to have been dealt with in standard fashion—and there is a failure by defendant to locate cases compelling dismissals. The inquiry is largely fact-specific, although of course in an extreme case a pioneering ruling is needed. The present case does not qualify for a favorable dispositive ruling.

SO ORDERED.

                                                */s/ Howard F. Sachs*
                                                HOWARD F. SACHS
                                                UNITED STATES DISTRICT JUDGE

Dated: July 18, 2023
Kansas City, Missouri